AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Christofar Atak,

V.

Gregory Siem, in his individual capacity and as an officer of the Rochester Police Department; John Doe and Richard Roe, in their supervisory capacities as ranking Rochester police officers; and the City of Rochester,

### JUDGMENT IN A CIVIL CASE

Case Number:   04-CV-2720 (DSD/SRN)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

That the above-entitled action against the City of Rochester and Officer Gregory Siem in his official and individual capacity, and all other persons, are dismissed with prejudice and on the merits and without costs, attorney's fees or disbursements to any party.

|  |  |
|---|---|
| November 2, 2005 | RICHARD D. SLETTEN, CLERK |
| Date |  |
|  | s/Jenny Beck |
|  | (By)      Jenny Beck,   Deputy Clerk |

Form Modified:  09/16/04